# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN MICHAEL GEORGE
[DOB: 11/24/1980]

Defendant.

Case No. 24-00265-01-CR-W-SRB

**COUNT ONE:**
***Distribution of Child Pornography (Prior Offense)***
18 U.S.C. §§ 2252(a)(2), (b)(1)
NLT: 15 Years Imprisonment
NMT: 40 Years Imprisonment
NMT: $250,000 Fine
Supervised Release: 5 Years to Life
Class B Felony

**COUNT TWO:**
***Possession of Child Pornography (Prior Offense)***
18 U.S.C. §§ 2252(a)(4), (b)(2)
NLT: 10 Years Imprisonment
NMT: 20 Years Imprisonment
NMT: $250,000 Fine
Supervised Release: 5 Years to Life
Class C Felony

**Criminal Forfeiture Allegation**
18 U.S.C § 2253(a)

$100 Mandatory Special Assessment
Each Count

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*(Distribution of Child Pornography [Prior Offense])*

Between on or about March 17, 2023 and July 12, 2023, in the Western District of Missouri and elsewhere, STEVEN MICHAEL GEORGE, defendant herein, after having previously been convicted of offenses under Missouri Revised Statute 566.062 (Statutory Sodomy in the First Degree), Missouri Revised Statute 566.067 (Child Molestation in the First Degree), and Missouri Revised Statute 573.037 (Possession of Child Pornography), using any means or facility of

interstate or foreign commerce, knowingly distributed a visual depiction, separate and apart from the visual depictions relied upon in Count Two, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, and attempted to do so, in violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1).

## COUNT TWO
### *(Possession of Child Pornography [Prior Offense])*

On or about July 21, 2023, in the Western District of Missouri and elsewhere, STEVEN MICHAEL GEORGE, defendant herein, after having previously been convicted of offenses under Missouri Revised Statute 566.062 (Statutory Sodomy in the First Degree), Missouri Revised Statute 566.067 (Child Molestation in the First Degree), and Missouri Revised Statute 573.037 (Possession of Child Pornography), knowingly possessed one or more films, videotapes and other matter which contained one or more visual depictions, separate and apart from the visual depictions relied upon in Count One, which involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported in or affecting interstate commerce, by any means including by computer, and which were produced using materials which had been shipped and transported in interstate and foreign commerce by any means including by computer; and the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and were visual depictions of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4), (b)(2).

2

# FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, the defendant shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, 2252, 2252A or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from the offense; and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property.

The property to be forfeited includes but is not limited to: (1) Dark blue One Plus cellular phone model Nord N1O, serial number 9E505574; (2) Red flash drive; (3) black EMTEC flash drive; and (4) Black Lenovo laptop model L13 Yoga, Serial Number R9-0Y2XE7.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty,

3

The United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

November 19, 2024
DATE

*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/Kenneth W. Borgnino*
Kenneth W. Borgnino
Assistant United States Attorney
Special Victims Unit
Western District of Missouri

4